# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Rebecca Postins, | : |
| | : |
| | : Civil Action No.: 6:14-cv-00433 |
| Plaintiff, | : |
| v. | : |
| | : |
| Plateau Data Services, LLC d/b/a Rates Marketplace, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff has elected not to further pursue the claims alleged in the complaint in this action, and Defendant has agreed to a dismissal of this action; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| | |
|---|---|
| Rebecca Postins | Plateau Data Services, LLC d/b/a Rates Marketplace |
| /s/ Jenny DeFrancisco | /s/ Michael S. Forshey |
| Jenny DeFrancisco, Esq. | Michael S. Forshey, Esq. |
| CT Bar No.: 432383 | TX Bar No. 07264250 |
| Lemberg Law, L.L.C. | Squire Patton Boggs, LLP |
| 1100 Summer Street, 3rd Floor | 2000 McKinney Avenue, Suite 1700 |
| Stamford, CT 06905 | Dallas, Texas 75201 |
| Telephone: (203) 653-2250 | Telephone: (214) 758-1500 |
| E-mail: jdefrancisco@lemberglaw.com | E-mail: michael.forshey@squirepb.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Jenny DeFrancisco
                                               Jenny DeFrancisco