UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Rebecca Postins, <br><br> Plaintiff, <br> v. <br><br> Plateau Data Services, LLC d/b/a Rates Marketplace, <br><br> Defendant. | : <br> : <br> : Civil Action No.: 6:14-cv-00433 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER GRANTING STIPULATION OF DISMISSAL

Having reviewed the parties' stipulation of dismissal and for good cause shown, it is hereby ORDERED this case be dismissed without prejudice.

**It is SO ORDERED.**

**SIGNED this 25th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE