# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **REBECCA POSTINS** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:14-cv-433** |
| | § | |
| **PLATEUA DATA SERVICES, LLC d/b/a** | § | |
| **RATES MARKET PLACE** | § | |

## FINAL JUDGMENT

In accordance with the Court's Order dismissing all claims asserted between Plaintiff Defendant, it is hereby **ORDERED, ADJUDGED, and DECREED** that a final judgment be entered in the case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 25th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE